IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Response to 38 Motion for Summary Judgment [ECF No. 41], filed January 6, 2012, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, specifically Part III.B.4.   The exhibits need not be resubmitted.

    Dated: January 9, 2012