IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Withdraw/Dismiss Plaintiffs' Fourth (Outrageous Conduct) and Fifth (CCPA) Claims for Relief [ECF No. 47], filed January 19, 2012, is **GRANTED.**   Accordingly, Plaintiffs' Fourth (outrageous conduct) and Fifth (CCPA) Claims for Relief as set forth in their Complaint are **DISMISSED.**

    Dated: January 23, 2012