IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00651–WYD–KMT

MARIA WILLIAMS, and
JERRY WILLIAMS,

     Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Counsel Upon Substitution and Entry of Appearance of New Counsel" (#50, filed January 24, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#50) is GRANTED. Attorney's Robin L. Wick and Michael S. Samelson are relieved of any further representation of Plaintiffs in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Wick and Mr. Samelson from the electronic certificate of mailing.

Dated: January 25, 2012