**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-00651-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** May 18, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| MARIA WILLIAMS, and<br>JERRY WILLIAMS, | Jeremy Andrew Sitcoff |
| Plaintiffs, | |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | Brendan O'Rourke Powers<br>Todd R. Scardina |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Plaintiffs' Motion to Quash Subpoena Service on Philip C. Majerus [Doc. No. 63, filed May 1, 2012].

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:   Plaintiffs' Motion to Quash [63] is **GRANTED** as stated on the record. Defendant's have failed to show exceptional circumstances justifying the disclosure of information and opinions of Mr. Majerus.

**Court in Recess: 2:29 p.m.**
Hearing concluded.
Total In-Court Time    00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.