### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-00651-WYD-KMT             FTR - Courtroom C-201

**Date:** May 23, 2012                              Deputy Clerk, Nick Richards


MARIA WILLIAMS, and                                 Nelson Andrew Waneka
JERRY WILLIAMS,

       Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,      Todd R. Scardina

       Defendant.

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:33 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendant's Motion to Compel and Certificate of Compliance with F.R.C.P. 37(a)(1) and D.C.COLO.L.CivR 7.1A [Doc. No. 59, filed April 4, 2012].

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**:  Motion to Compel [59] is **GRANTED IN PART AND DENIED IN PART**.

    The motion is **GRANTED** as to Interrogatory No. 23 and Request for Production Nos. 5 and 8.

    Additionally, the motion is granted in so far as the plaintiff will review records and deposition transcripts in their possession and, if necessary, obtain any records for medical conditions, interstate or international travel, receipts, invoices, any evidence of purchase of personal property, and redacted credit card statements as referenced and act as gatekeeper on production of records. Plaintiff will produce any records that are legitimately requested without

giving up objections as to the relevance of the records.

As to Interrogatory Nos. 14 and 15, the motion is **GRANTED IN PART**. Plaintiff's will, after stating objections, attempt to more fully describe the personal property at issue providing, to the extent reasonably known, the date and place the items were purchased, (which could be represented by approximate age of the items), and the means by which it was disposed or released from their possession.

The motion is **DENIED** as to Interrogatory No. 18, Request for Production Nos. 3 and 4, and defendants request for sanctions. Request for Production Nos. 3 and 4 are denied based on the representations of plaintiff at this hearing.

Plaintiff's objection to Interrogatory No. 18 is sustained in that plaintiff claims to have provided to defense counsel a listing of everything purchased, along with cost. Plaintiff is required to continue providing listing of items purchased.

**Court in Recess: 3:08 p.m.**
Hearing concluded.
Total In-Court Time    01:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.