IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Motion for Leave to File Motion for Partial Summary Judgment [ECF No. 79], filed May 25, 2012.  The Defendant opposed this motion in its Response [ECF No. 82], filed June 18, 2012, citing my practice standards, which normally permit only one motion for summary judgment.  Plaintiffs filed their Reply [ECF No. 83] on June 28, 2012.

Plaintiffs' previous motion for summary judgment challenged two affirmative defenses raised by the defendant, Country Mutual Insurance Company.  *See* Plaintiffs' Motion for Partial Summary Judgment Pursuant to FRCP 56 Dismissing Defendant's Third and Eighth Affirmative Defenses of Non-Parties at Fault and Striking Defendant's Designation of Non-Parties at Fault, [ECF No. 21], filed September 9, 2011.  Plaintiffs now seek to file a motion concerning certain policy conditions that are related to the merits of their claims against the Defendant.  Upon review of the motion, the response and reply, and the record in this case, I find that in the interest of justice, Plaintiffs should be

allowed to file an additional motion for summary judgment. Accordingly, it is

ORDERED that Plaintiff's Motion for Leave to File Motion for Partial Summary Judgment [ECF No. 79], filed May 25, 2012, is **GRANTED**. Plaintiffs shall re-file their motion as a separate docket entry within 10 days of this Order and thereafter, the parties shall follow the briefing schedule and requirements as set forth in the Local Rules and my Practice Standards.

Dated: September 21, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE