UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00651-WYD-KMT

MARIA WILLIAMS, and,
JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion For Partial Summary Judgment Concerning Policy Conditions B.10 and B.7 [ECF No. 92].

Upon review of the filings, I order further briefing on Provision G of the Plaintiffs's Home Insurance Policy entitled, "Suits Against Us." ECF No. 92-1, p. 35.  Pursuant to Provision G, "*[n]o action can be brought against 'us'* [Country Mutual] *unless there has been full compliance with all of the terms under* **SECTIONS 2** *through* **6** [sic] *of this policy and the action is started within one year after the date of* '*occurrence*.'" ECF No. 92-1, p. 35 (emphasis added).

The genesis of this action *i.e.*, the "occurrence," is the bursting of Plaintiffs's water pipes at their home in Fort Collins, Colorado, on January 6, 2009.  The Plaintiffs filed their state court action in Larimer County District Court, State of Colorado, on January 5, 2011.  The filing of the state court action is in derogation of Provision G's limitation period because it was filed more than one year after the date of the

- 1 -

- 2 -

"occurrence:" January 6, 2009.  Based on Provision G's plain language, it appears that some or all of the Plaintiffs's claims are barred.  Therefore, I order the parties to further brief the effect of Provision G's limitation period in this case.  Specifically, I order the parties to brief the following issue:  whether this Court has jurisdiction over any of the Plaintiffs's claims, in light of the fact that the Plaintiffs filed their state court action outside Provision G's limitation period.  Accordingly, it is

ORDERED that the Plaintiffs shall **RESPOND** to the issue delineated in this Order **on or before Tuesday**, **January 22**, **2013**.  It is

FURTHER ORDERED that Country Mutual Insurance Company shall **REPLY** to the Plaintiffs's response **on or before Tuesday**, **January 29**, **2013**.

Dated:  January 14, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge