IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to Submit Amended/Corrected Brief filed January 25, 2013 (ECF No. 119) is **GRANTED**.  Plaintiffs may file the Amended Response to the Issue Delineated in the Court's January 14, 2013.

    Dated:  January 29, 2013