IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the parties' Notice of Settlement filed February 1, 2013, Plaintiffs' Motion for Partial Summary Judgment Concerning Policy Conditions B.10 and B.7 (ECF No. 92 filed September 24, 2012) and Defendant's Motion to Strike Garth Allen as an Expert Witness (ECF No. 98 filed November 7, 2012) are **DENIED AS MOOT**.

    Dated: February 11, 2013