IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00651-WYD-KMT

MARIA AND JERRY WILLIAMS,

    Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed February 27, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 126) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    Dated:  February 27, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge